ELKNUR REALTY CO., INC., a Corporation, v. PEOPLES PULPIT ASSOCIATION, a Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNIE SPRING v. JACOBS-GREEN REALTY COMPANY, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LILLIAN TULLMAN v. SAMUEL TULLMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT COOK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of ANDREA FAZIO and Another (CONTINENTAL FINANCE CORPORATION).— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY HAUSER v. SOUTHERN BOULEVARD RAILROAD COMPANY and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE A. SMITH and Others v. REGINALD FRANCIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before June 24, 1929, and appellants' points to be filed on or before July 15, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS F. REDDY v. JOSEPH J. B. LAMARSH and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD BERRIE, ETHEL DANKER and Others v. GEORGE P. BERRIE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH MANGAN v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY SANDS v. HARRY GEIST CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM SANDER v. JACOB BLUM.— Application denied, with ten dollars costs.— Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHIRLAINE HOLDING CORPORATION v. T. A. GILLESPIE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TWO RECTOR STREET CORPORATION v. MURRAY BEIN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.